IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BLUE WATER SHIPPING US, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:22-CV-333-MJT |
| § | |
| SAPURA USA HOLDINGS § | |
| INCORPORATED, SAPURA ENERGY § | |
| MEXICANA S.A.P.I. DE C.V., SAPURA § | |
| ENERGY BERHAD, § | |
| § | |
| *Defendants*. § | |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Blue Water Shipping brought this suit alleging breach of contract and related quasi-contractual claims against Defendants Sapura USA Holdings Incorporated ("Sapura USA"), Sapura Energy Mexicana S.A.P.I. de C.V., and Sapura Energy Berhad.  The District Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration and disposition of Sapura USA's Motion to Dismiss [Dkt. 4] and Plaintiff's Motion to Remand [Dkt. 7].  On February 7, 2023, the Magistrate Judge entered a Report and Recommendation [Dkt. 33] in which she recommended (1) granting Plaintiff's Motion to Remand [Dkt. 7] and remanding the case to the 260th District Court of Orange County, Texas, and (2) terminating Sapura USA's Motion to Dismiss [Dkt. 4] as moot.  To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available

evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 33] is ADOPTED. Plaintiff's Motion to Remand [Dkt. 7] is GRANTED, and this case is REMANDED to the 260th District Court of Orange County, Texas. Sapura USA's Motion to Dismiss [Dkt. 4] is TERMINATED as MOOT.

**SIGNED this 22nd day of February, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge