FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 28 2023

BY
DEPUTY _____

UNITED STATES DISTRICT COURT
Office of the Clerk
Eastern District of Texas
104 N. Third Street
Lufkin, TX 75901-9800

FILED
ANNE REED
3/23/2023 04:08 PM
*Anne Reed*
DISTRICT CLERK
ORANGE COUNTY, TEXAS

March 14, 2023

Clerk of Court
260th Judicial District Court of Orange County
801 Division
Orange, TX 77630

In Re: 1:22cv333 Blue Water Shipping US Inc v. Sapura USA Holdings Inc et al
       (Your case number 220207-C)

Dear Clerk:

Pursuant to the order remanding this cause of action to your court, we are transmitting a certified copy of the remand order and docket sheet.

We would appreciate your acknowledging receipt of these documents on the copy of this letter and returning it to this office.

Very truly yours,

David A. O'Toole

By: *B. Carter*
    Deputy Clerk

Enclosures

Received items described above on this __23rd__ day of __March__, __2023__

By: __Maria Hernandez   Deputy Clerk__
    Name and Title